**E-filed 5/22/06**

KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JING QIN,<br><br>        Plaintiff,<br><br>   v.<br><br>ALBERTO R. GONZALES; Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, EMILIO GONZALEZ, Director of United States Citizenship and Immigration Services; ROBERT MUELLER, Director of the Federal Bureau of Investigations; CHRISTINA POULOS, Acting Director of the California Service Center,<br><br>        Defendants. | No. C 06-2203 JF<br><br>**STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application.

    Each of the parties shall bear their own costs and fees.

///

///

Stip. to Dismiss
C 06-2203 JF

1 | Date: May 10, 2006        Respectfully submitted,

KEVIN V. RYAN
United States Attorney

                  /s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: May 10, 2006                   /s/
TRICIA WANG
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 5/19/06

JEREMY FOGEL
United States District Judge

Stip. to Dismiss
C 06-2203 JF